IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Eugene Forte,<br><br>　　　　Plaintiff,<br>　v.<br>Knight Ridder, et al.,<br>　　　　Defendants. | NO. C 06-03948 JW<br><br>**ORDER CONTINUING HEARING ON MOTIONS AND CASE MANAGEMENT CONFERENCE** |

On the Court's own motion, the hearing on the motions currently set for January 22, 2007 is continued to **January 29, 2007 at 9 a.m.**  The case management conference is also continued from January 22, 2007 to **January 29, 2007 at 10 a.m.**

Dated: January 16, 2007

　　　　　　　　　　　　　　　　　　　　　　JAMES WARE
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Anne Bailey Miller abm@robinsonwood.com
Claire T. Cormier claire.cormier@usdoj.gov
Erica L. Craven elc@lrolaw.com
Eugene Esmond Forte geneforte@badgerflats.com
Paul T. Hammerness paul.hammerness@doj.ca.gov
Traci A. Kirkbride kirkbrideta@co.monterey.ca.us

**Dated: January 16, 2007**              **Richard W. Wieking, Clerk**

**By:   /s/ JW Chambers**
       **Elizabeth Garcia**
       **Courtroom Deputy**

United States District Court
For the Northern District of California