IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Eugene Forte, | NO. C 06-03948 JW |
|     Plaintiff, | **ORDER FOLLOWING HEARING** |
| v. | |
| Knight Ridder, et al., | |
|     Defendants. | |

A hearing on Plaintiff's Motion and Application for Temporary Restraining Order and Order to Show Cause was noticed for April 30, 2007 at 9:00 AM. (See Docket Item No. 131.) By its Order of April 26, 2007, the Court denied Plaintiff's Motion as moot. Accordingly, the hearing was removed from the Court's calendar.

Based on the Plaintiff's representation that he would appear (Docket Item No. 138), the Court called the matter. Defendant Craig Smith appeared through counsel and requested the Court issue a judgment in his favor. The Court declined to exercise supplemental jurisdiction over Plaintiff's defamation claim against Mr. Smith; it did not adjudicate the merits of that claim. (See Order Granting Defendants' Motions to Dismiss at 12, Docket Item No. 136.) Accordingly, the Court declines to amend the judgment.

Dated: April 30, 2007

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Anne Bailey Miller abm@robinsonwood.com
Claire T. Cormier claire.cormier@usdoj.gov
Erica L. Craven elc@lrolaw.com
Eugene Esmond Forte geneforte@badgerflats.com
James A. Scharf james.scharf@usdoj.gov
Paul T. Hammerness paul.hammerness@doj.ca.gov
Traci A. Kirkbride kirkbrideta@co.monterey.ca.us

**Dated:  April 30, 2007**               **Richard W. Wieking, Clerk**

                                         **By:  /s/JW Chambers**
                                               **Elizabeth Garcia**
                                               **Courtroom Deputy**

**United States District Court**
For the Northern District of California